UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> </br> vs. </br> </br> ERIK STEVENSON, </br> Defendant. | ) </br> ) </br> ) </br> ) CAUSE NO. 1:17-cr-00018-JMS-MJD </br> ) </br> )                                      -01 </br> ) |

## REPORT AND RECOMMENDATION

On May 16, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 12, 2024, and order granting Petition on February 13, 2024. [Dkt. Nos. 49, 50.]. Defendant, Erik Stevenson appeared in person with his appointed counsel, H. Samual Ansell. The government appeared by Adam Eakman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jaime Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket Nos. 49, 50.] Government orally moved to withdraw the remaining violation number 2, which motion was granted by the Court.

3. The allegation(s) to which Defendant admitted, as fully set forth in the petition, is/are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state or local crime."** |

On February 7, 2024, Mr. Stevenson was arrested by officers with the Indianapolis Metropolitan Police Department for possessing narcotics. According to the probable cause affidavit, Mr. Stevenson was located after a call for a person in distress after being found slumped over a church sign. Officers were able to get him roused enough to ask him general questions, and they believed he was under the influence of an unknown substance. They called for medical services for a checkup and for a possible emergency detention due to his situation. During a search of his person, officers located a clear baggy containing a substance believed to be synthetic marijuana, and a pill bottle containing a substance believed to be heroin. Mr. Stevenson was medically cleared, and he was transported to the Marion County Jail without incident.

Mr. Stevenson is charged with felony possession of a narcotic, and misdemeanor public intoxication in Marion County Superior Court case number 49D20-2402-F5-003990. An initial hearing was held on February 12, 2024, with a final pretrial conference hearing scheduled for April 30, 204. Mr. Stevenson is currently in custody on a $750 cash-only bond.

As noted on the record, Defendant entered a guilty plea in his Marion County Superior Court case.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The government argued for a sentence of 20 to 21 months' imprisonment with no supervision to follow. Defendant's counsel argued for a term of incarceration of 12 months and 1 day or less. Defendant requested placement in a substance abuse and mental health treatment program at Bureau of Prison.

The Magistrate Judge, having considered the pertinent factors in 18 U.S.C. §§ 3553(a) and 3583, and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 15 months with no supervised release to follow.  The Magistrate Judge recommends placement in a Bureau of Prison substance abuse and mental health treatment programs.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/16/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system