UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:17-cr-00018-JMS-MJD |
| ERIK STEVENSON (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation dkt. [56] recommending that Erik Stevenson's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [56]. The Court finds that Mr. Stevenson committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts [49 & 50]. The Court dismisses Violation Number 1 at dkts [49 & 50]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Stevenson is sentenced to the custody of the Attorney General or his designee for a period of fifteen (15) months and no supervised release to follow. The Court recommends placement in a Bureau of Prison substance abuse and mental health treatment programs.

Date: 5/20/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system